UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALEXANDRE FRITZNO #A246-114-572  CASE NO.  1:26-CV-01634 SEC P

VERSUS  JUDGE ROBERT R. SUMMERHAYS

WARDEN WINN CORRECTIONAL CENTER  MAGISTRATE JUDGE PEREZ-MONTES
ET AL

MEMORANDUM ORDER

  Before the court is a petition for writ of habeas corpus filed on May 18, 2026.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $5.00 to file a petition for writ of habeas corpus or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $5.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

  In accordance with the above,

  **IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

  **FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

  THUS DONE in Chambers on this ____27th____ day of _____May_____, 2026.

          Joseph H. L. Perez-Montes
         United States Magistrate Judge

w/Enclosures to plaintiff: IFP application